UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**Judge Ronald M. Whyte, Presiding**
Courtroom 6 - 4th Floor

## Civil Minute Order

Date: Friday, June 15, 2007

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: not reported

**TITLE: JACK BUCKHORN, ET AL v. PETALUMA ELECTRIC, INC.**
**CASE NUMBER**: C 07-01191RMW

Plaintiff(s) Attorney(s) present:  Sue Campbell

Defendant(s) Attorney(s) present: Matthew Brekhus

**PROCEEDINGS: Case Management Conference**

Court orders this matter transferred to the San Francisco division of the District Court.