1  SUE CAMPBELL
   Attorney at Law, Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  (408) 277-0648

4  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 JACK BUCKHORN AND ANISA M.           )  CASE NO.: C07-01191 JSW
   THOMSEN AS TRUSTEES OF THE           )
11 REDWOOD EMPIRE ELECTRICAL            )
   WORKERS HEALTH AND WELFARE           )  PROOF OF SERVICE OF
12 TRUST FUND, REDWOOD EMPIRE           )  ORDER SETTING CASE
   ELECTRICAL WORKERS PENSION           )  MANAGEMENT
13 TRUST FUND,                          )  CONFERENCE
                                        )
14                Plaintiffs,           )
                                        )
15 vs.                                  )
                                        )
16 PETALUMA ELECTRIC, INC.,             )
   a California Corporation,            )
17                                      )
                  Defendant.            )
18 ─────────────────────────────────────)

19    I am a citizen of the United States. My business address is 1155 North First Street, Suite
20 101, San Jose, California 95112. I am employed in the county of Santa Clara where this service
21 occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar
22 with my employer's normal business practice for collection and processing of correspondence
23 for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited
24 with the U.S. Postal Service the same day as the day of collection in the ordinary course of
25 business.
26 / / /
27 / / /
28 / / /

                                              1

PROOF OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE

|   |   |
|---|---|
| 1 | On the date set forth below, following ordinary business practice, I served a true copy |
| 2 | of the foregoing document(s) described as: |

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

BARRY WESTER
MATTHEW BREKHUS
DYKMAN & WESTER, LLP
17 KELLER STREET
PETALUMA, CA 94952

☒ (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 9, 2007, at San Jose, California.

*Christine Delgadillo*
CHRISTINE DELGADILLO

PROOF OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKHORN ET AL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PETALUMA ELECTRIC, INC.,<br><br>　　　　Defendant. | No. C 07-01191 JSW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on August 31, 2007, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties shall appear through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days** prior to the conference. The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

*Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties is proceeding without counsel, the parties may file separate case management statements. Separate statements my also address all of the topics set forth in the Standing Order referenced above. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause. In order to assist the Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the identities of any person, associations, firms, partnerships, corporations or other entities known by the parties to have either (1) financial interest in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the disclosure was made. In this regard, counsel are referred to the Court's Recusal Order posted on the Court website at the Judges Information link at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: July 5, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE