1  SUE CAMPBELL
   Attorney at Law, Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  (408) 277-0648

4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 JACK BUCKHORN AND ANISA M.              ) CASE NO.: C07-01191 JSW
   THOMSEN AS TRUSTEES OF THE              )
11 REDWOOD EMPIRE ELECTRICAL               ) JOINT CASE MANAGEMENT
   WORKERS HEALTH AND WELFARE              ) STATEMENT AND
12 TRUST FUND, REDWOOD EMPIRE              ) PROPOSED ORDER
   ELECTRICAL WORKERS PENSION              )
13 TRUST FUND,                             )
                                           )
14                Plaintiffs,              ) DATE:   August 31, 2007
                                           ) TIME:   1:30 p.m.
15 vs.                                     ) PLACE:  Courtroom 2, 17$^h$ Floor
                                           )
16 PETALUMA ELECTRIC, INC.,                ) Judge:  Hon. Jeffrey S. White
   a California Corporation,               )
17                                         )
                  Defendant.               )
18 _____)

19       The parties to the above-entitled action jointly submit this Case Management Statement

20 and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

21                        **DESCRIPTION OF THE CASE**

22       1. Plaintiffs filed a claim against the Defendant for nonpayment of fringe benefits to the

23 Redwood Empire Electrical Workers Trust Funds, which is the Trust Fund for I.B.E.W. Local

24 551. The amount claimed is based on an audit performed by the Trust Funds.

25       2. The principal factual issues in dispute are the amount claimed on the audit and the

26 type of work various employees mentioned in the audit were performing. In addition, the

27 Defendant claims that he is not signatory to the collective bargaining agreement because he sent

28 a valid notice of termination.

                                        1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

3. There are no principal legal issues in dispute at this time.

4. No other factual issues are in dispute at this time.

5. All parties have been served.

6. Neither party intends to enjoin any additional parties at this time.

7. The parties do not consent to have this case heard before a United States Magistrate.

**ALTERNATIVE DISPUTE RESOLUTION**

8. The parties have not filed a Stipulation and Proposed Order Selecting an ADR process.

9. The parties tentatively have agreed to mediation, however, would like an additional ten (10) days to contact and discuss this issue. Defendant's answer was only filed on June 7th, and the parties have not had time to make a final decision at this time.

**DISCLOSURES**

10. Plaintiff has provided the following documents: a copy of the audit.

Defendant intends to provide all documentation purporting to show that Defendant timely withdrew from the collective bargaining agreement, and documentation showing the type of work the employees listed on the audit were performing.

**DISCOVERY**

11. Plaintiff plans to take a maximum of four depositions, a request to produce documents, request for admissions and interrogatories. The auditor who performed the audit will serve as the expert witness in this case.

Defendant plans to take a request to produce documents, request for admissions and interrogatories, and three depositions.

///
///
///
///
///
///
///

## TRIAL SCHEDULE

12. The parties request to schedule the trial date after the ADR process is complete.

Dated: August 27, 2007

SUE CAMPBELL
Attorney for Plaintiffs

DYKMAN & WESTER, LLP

Dated: August 27, 2007

By: Matthew Brekhus
Attorney for Defendants

3

JOINT CASE MANAGEMENT CONFERENCE STATEMENT