# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 31, 2007  **Court Reporter**: Sahar McVickar

**CASE NO. C-07-1191 JSW**

**TITLE:** Jack Buckhorn, et al., v. Petaluma Electric, Inc.,

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

Sue Campbell  Matthew Brekhus

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:** Counsel shall submit a joint proposed schedule and discovery plan for all dates, except pretrial and trial by 10-1-07.

Further Case Management Conference: 1-11-08 at 1:30 p.m.
Joint Case Management statement due: 1-4-08.

**REFERRALS:**

**[x] Case referred to ADR for court-connected mediation to be completed by 12-3-07**.