1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Buckhorn, | 07-01191 JSW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Petaluma Electric, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Michael Sobel**
> Squire, Sanders & Dempsey L.L.P.
> 600 Hansen Way
> Palo Alto, CA 94065
> (650) 843-3376

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1    Counsel are reminded that the written mediation statements required by the ADR

2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: September 17, 2007

5                                              RICHARD W. WIEKING
                                               Clerk
6                                              by:     Claudia M. Forehand

7                                              

8                                              _____
                                               ADR Case Administrator
9                                              415-522-2059
                                               Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Mediator**
07-01191 JSW MED                    - 2 -