SUE CAMPBELL
Attorney at Law, Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>PETALUMA ELECTRIC, INC., a California Corporation,<br><br>Defendant. | CASE NO.: C07-01191 JSW<br><br>SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER<br><br>DATE:  August 31, 2007<br>TIME:  1:30 p.m.<br>PLACE: Courtroom 2, 17$^h$ Floor<br><br>Judge: Hon. Jeffrey S. White |

The parties submit the following discovery and motion schedule:

a. Discovery cutoff : February 1, 2008

b. Plaintiffs must disclose identity, background and opinions of experts by: December 1, 2007;

c. Defendants must disclose identity, background and expert opinions by January 1, 2008.

d. Expert discovery to be completed by February 15, 2008.

e. Plaintiffs filing motion for summary judgment by April 15, 2008, to be heard by May 20th.

1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Sep 20 07 03:47p                                                                                    p.2

1    June 1, 2008, to set trial date.
2    Proposed trial date of September 15, 2008
3
4    Dated: September ___, 2007
                                            _____
                                            SUE CAMPBELL
5                                           Attorney for Plaintiffs
6
7
8                                           DYKMAN & WESTER, LLP
9
10   Dated: September 25, 2007
                                            By: _____
                                                Matthew Brekhus
11                                              Attorney for Defendants
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                            2
                        JOINT CASE MANAGEMENT CONFERENCE STATEMENT