IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK BUCKHORN, et al.,

    Plaintiff,

v.

PETALUMA ELECTRIC, INC.,

    Defendant.

No. C 07-01191 JSW

**ORDER ADOPTING IN PART SUPPLEMENTAL CASE MANAGEMENT STATEMENT**

The Court has received the parties' joint supplemental case management statement. The Court HEREBY ORDERS:

1. The parties' proposed discovery deadlines are ADOPTED IN FULL as set forth in the joint case management statement.
2. The deadline by which all parties must *file* dispositive motions is Friday, April 18, 2008.
3. The *hearing* on dispositive motions shall be on Friday, May 23, 2008 at 9:00 a.m. If the parties file cross-motions for summary judgment, the Court may *sua sponte* continue this date.

It is FURTHER ORDERED that the parties shall appear as scheduled on January 11, 2008 at 1:30 p.m., for a further case management conference, and their supplemental joint case

//

//

//

1  management conference statement shall be due on January 4, 2008.
2  **IT IS SO ORDERED.**

4  Dated: October 9, 2007

                                                            _____
                                                            JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE