# UNITED STATES DISTRICT COURT

## Northern District of California

Buckhorn,

      Plaintiff(s),

    v.

Petaluma Electric, Inc.,

      Defendant(s).

No. C 07-01191 JSW MED

**Certification of ADR Session**

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __12-14-07__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no – unless otherwise requested by the parties

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __12-14-07__

_/s/ Michael S. Sobel_
Mediator, Michael Sobel
Squire, Sanders & Dempsey L.L.P.
600 Hansen Way
Palo Alto, CA 94065

Certification of ADR Session
07-01191 JSW MED