1 | SUE CAMPBELL
Attorney at Law, Bar Number 98728
2 | 1155 North First Street, Suite 101
San Jose, California 95112
3 | (408) 277-0648

4 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>PETALUMA ELECTRIC, INC., a California Corporation,<br><br>Defendant. | CASE NO.: C07-01191 JSW<br><br>SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER<br><br>DATE:   January 11, 2008<br>TIME:   1:30 p.m.<br>PLACE:  Courtroom 2, 17ʰ Floor<br><br>Judge:  Hon. Jeffrey S. White |

The parties attended mediation on December 14, 2007. On December 19, 2007, a Certification of ADR Session indicating that the case did not settle at mediation was filed. Since that date, the parties have settled the case and documents are being prepared for signature by the parties.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT

The parties request that the Further Case Management Conference be continued for thirty (30) days pending preparation of the settlement documents, signature by the parties, and payment by the Defendant.

Dated: January 3, 2008

_____
SUE CAMPBELL
Attorney for Plaintiffs

DYKMAN & WESTER, LLP

Dated: January 3, 2008

By: _____
MATTHEW BREKHUS
Attorney for Defendants

## ORDER

The Case Management Conference is hereby continued to February 22, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor. The parties will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: January 7, 2008

_____
JUDGE OF THE U.S. DISTRICT COURT

SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT