SUE CAMPBELL
Attorney at Law, Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
(408) 277-0648

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>PETALUMA ELECTRIC, INC., a California Corporation,<br><br>Defendant. | CASE NO.: C07-01191 JSW<br><br>PLAINTIFF'S CASE MANAGEMENT STATEMENT<br><br>DATE: February 22, 2008<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 2, 17th Floor<br><br>Judge: Hon. Jeffrey S. White |

The parties attended mediation on December 14, 2007. On December 19, 2007, a Certification of ADR Session indicating that the case did not settle at mediation was filed. The parties have settled the case, documents have been prepared, and attorney for defendant is holding payment in his trust account. Defendant Petaluma Electric is to sign the documents by Friday, February 15, 2008, and submit payment to Plaintiffs. If the signed document and payment is not received by Plaintiffs prior to the February 22nd Case Management Hearing, Plaintiffs will appear at the hearing as scheduled.

Dated: February 14, 2008

SUE CAMPBELL
Attorney for Plaintiffs

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 1155 North First Street, Suite 101, San Jose, California 95112. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**



☒ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Barry Webster
Matthew Brekhus
DYKMAN & WESTER, LLP
17 Keller Street
Petaluma, CA 94952



☒ (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 14, 2008, at San Jose, California.

CHRISTINE DELGADILLO