1  SUE CAMPBELL
   Attorney at Law, Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  (408) 277-0648

4  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>PETALUMA ELECTRIC, INC., a California Corporation,<br><br>Defendant. | CASE NO.: C07-01191 JSW<br><br>SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date: February 22, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 2, 17th Floor<br><br>Judge: Hon. Jeffrey S. White |

Plaintiffs have received the signed documents and payment from Defendants however, plaintiffs are waiting for check to clear and a dismissal will be filed after the funds are cleared. Plaintiff's attorney is out of town on a family emergency and will not be appearing at today's hearing.

S/ SUE CAMPBELL

1

SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT