1  SUE CAMPBELL
   Attorney at Law, Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  (408) 277-0648

4  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>PETALUMA ELECTRIC, INC., a California Corporation,<br><br>Defendant. | CASE NO.: C07-01191 JSW<br><br>REQUEST FOR DISMISSAL AND ORDER THEREON |
|---|---|

A settlement in full satisfaction of all of the claims asserted in the above captioned action against the above-named defendants having been made, all of the parties appearing in said action, by and through their attorneys, hereby agree and request that the Court order a dismissal

///
///
///
///
///
///
///

1

REQUEST FOR DISMISSAL AND ORDER THEREON

prejudice of the entire action, each party to bear its own costs.

Dated: 3-5-200?

SUE CAMPBELL
Attorney for Plaintiffs

DYKMAN & WESTER, LLP

Dated: 3/5/08

By: MATTHEW BREKHUS
Attorney for Defendants

**ORDER**

The parties having agreed and requested that a dismissal of the above action be entered, and good cause appearing therefor,

IT IS HEREBY ORDERED that the within entitled action be dismissed in its entirety with prejudice, each party to bear its own costs.

DATED: _____    _____

U.S. DISTRICT COURT JUDGE